People v Etienne (2021 NY Slip Op 50212(U))

[*1]

People v Etienne (Walkyn)

2021 NY Slip Op 50212(U) [70 Misc 3d 144(A)]

Decided on March 12, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 12, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2018-918 K CR

The People of the State of New York,
Respondent,
against
Walkyn Etienne, Appellant. 

Appellate Advocates (Ava C. Page of counsel), for appellant.
Kings County District Attorney (Leonard Joblove, Jodi L. Mandel and Arieh Schulman of
counsel), for respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Kings County
(Keshia Espinal, J.), rendered April 13, 2018. The judgment convicted defendant, upon his plea
of guilty, of unauthorized use of a vehicle in the third degree, and imposed sentence. The appeal
from the judgment of conviction brings up for review the propriety of a final order of
protection.

ORDERED that the judgment of conviction is affirmed.
Defendant pleaded guilty to unauthorized use of a vehicle in the third degree (Penal Law
§ 165.05 [1]), and was sentenced to 30 days in jail. A five-year final order of protection also
issued. On appeal, defendant contends that this court should vacate the order of protection or, in
the alternative, reduce the duration thereof as a matter of discretion in the interest of justice.
Defendant's contentions regarding the final order of protection are not preserved for appellate
review, since he failed to object to the issuance of the order of protection, or to the duration
thereof, at sentencing and did not move to vacate or modify the order in the Criminal Court
(see CPL 470.05 [2]; People v
Nieves, 2 NY3d 310, 316-317 [2004]; People v Appiarius, [*2]160 AD3d 889 [2018]; People v Rodriguez, 157 AD3d 971 [2018]; People v Kornegay, 59 Misc 3d
134[A], 2018 NY Slip Op 50489[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2018]), and we decline to reach this issue in the interest of justice (see People v Rodriguez, 157 AD3d
971).
Accordingly, the judgment of conviction is affirmed.
WESTON, J.P., TOUSSAINT and GOLIA, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 12, 2021